# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| RODNEY WAYNE SMITH, <br><br> Plaintiff, <br><br> -vs- <br><br> EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, BANK OF AMERICA, N.A., PENTAGON FEDERAL CREDIT UNION, and TRUIST BANK f/k/a SUNTRUST BANK, <br><br> Defendants. | CASE NO. 3:24-cv-00068-TCB-RGV |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BANK OF AMERICA, N.A., AND TRUIST BANK f/k/a SUNTRUST BANK,

COMES NOW Plaintiff, RODNEY WAYNE SMITH, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendants, BANK OF AMERICA, N.A. ("BOA"), and TRUIST BANK f/k/a SUNTRUST BANK ("Truist").

Dated this 30th day of May, 2024.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC

412 E. Madison St, Suite 916  
Tampa, FL 33602  
Cell: (813) 299-8537  
Facsimile: (844) 951-3933  
Tav@theconsumerlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 30th day of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar No.: 617963
The Consumer Lawyers
*Attorney for Plaintiff*

2