## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## NEWMAN DIVISION

RODNEY WAYNE SMITH,

  Plaintiff,

v.

CASE NO.: 3:24-cv-00068-TCB-RGV

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, BANK OF AMERICA, N.A., PENTAGON FEDERAL CREDIT UNION, and TRUIST BANK f/k/a SUNTRUST BANK,

  Defendants.

_____/

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO TRUIST BANK f/k/a SUNTRUST BANK.

COMES NOW Plaintiff, RODNEY WAYNE SMITH, and Defendant, TRUIST BANK f/k/a SUNTRUST BANK, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff, against the Defendant TRUIST BANK f/k/a SUNTRUST BANK, in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated this 12th day of July, 2024.

1

Respectfully submitted,

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Alan D. Leeth** |
| Octavio "Tav" Gomez | Alan D. Leeth |
| Florida Bar No.: 0338620 | Georgia Bar No.: 472031 |
| Georgia Bar No.: 617963 | BURR & FORMAN, LLP |
| Pennsylvania No.: 325066 | 420 North 20th St., Suite 3400 |
| The Consumer Lawyers PLLC | Birmingham, AL 35203 |
| 412 E. Madison St, Suite 916 | Tel.: (205) 251-300 |
| Tampa, FL 33602 | Facsimile: (205) 458-5100 |
| Cell: (813) 299-8537 | aleeth@burr.com |
| Facsimile: (844) 951-3933 | |
| Tav@theconsumerlawyers.com | *Attorney for Defendant Truist Bank* |
| *Attorney for Plaintiff* | |